NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRYAN WADDELL, )
)
      Appellant, )
)
v. )    Case No. 2D17-1992
)
ERIC WARREN and LAURA CROSS, )
)
      Appellees. )
_____ )

Opinion filed April 10, 2019.

Appeal from the Circuit Court for
Hillsborough County; Rex M. Barbas,
Judge.

Samuel S. Mehring, Jr., Tampa, for
Appellant.

Anthony J. Russo and Mihaela Cabulea of
Butler Weihmuller Katz Craig LLP, Tampa;
And Michael  Roe and John C. Basquill of
Austin Roe & Basquill, P.A., Tampa, for
Appellees.


PER CURIAM.


      Affirmed.



LaROSE, C.J., and MORRIS and SLEET, JJ., Concur.